**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTHONY L. JOHNSON**                                                                    **PETITIONER**
**ADC #157324**

**v.**                                         **Case No. 4:21-cv-00790-KGB-JJV**

**DEXTER PAYNE, Director,**                                                         **RESPONDENT**
**Arkansas Division of Correction**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

petitioner Anthony L Johnson's petition for a writ of *habeas corpus* is denied (Dkt. No. 2).  The

Court denies the requested relief.

It is so ordered this 12th day of September, 2022.

_____
Kristine G. Baker
United States District Judge